COMMONWEALTH of Pennsylvania, Petitioner

v.

Richard BROWN, Respondent

No. 407 EAL 2016

Supreme Court of Pennsylvania.

02/01/2017

## ORDER

PER CURIAM

AND NOW, this 1st day of February, 2017, the Petition for Allowance of Appeal

is **GRANTED.** The issue, as framed by Petitioner, is as follows:

Did the Superior Court err by dispensing of the requirement that a defendant show prejudice to succeed on an ineffectiveness claim where counsel failed to meet with him?